# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Oxus Afghan Consultancy Group | ) ASBCA No. 61759 |
| | ) |
| Under Contract No. W56KJD-14-C-0012 | ) |

APPEARANCE FOR THE APPELLANT:      Adam M. Cook, Esq.
Law Offices of Adam Cook
Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Richard W. Hagner, JA
Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice

Dated: July 19, 2019

DAVID F. D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61759, Appeal of Oxus Afghan Consultancy Group, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals